**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PADDINGTON & COMPANY LTD.,<br><br>                Plaintiff,<br>   v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>                Defendants. | Case No. 25-cv-03773<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Heather K. McShain** |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff Paddington & Company Ltd.'s ("Plaintiff") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against Defendants, the fully interactive, e-commerce stores[1] under the seller aliases identified in Schedule A attached hereto (the "Seller Aliases").

This Court further finds that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, and, on information and belief, have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks ("Paddington Trademarks") to residents of Illinois. The Paddington Trademarks are included in the below chart.

---

[1] The e-commerce store URLs are listed on Schedule A attached hereto.

| Registration Number | Trademark | Registration Date | Goods and Services |
|---|---|---|---|
| 2,997,536 | PADDINGTON BEAR | Sep. 20, 2005 | For: Pre-recorded CD's featuring stories and music in class 009. |
| 4,420,579 | PADDINGTON BEAR | Oct. 22, 2013 | For: Motion picture films featuring children's entertainment and animation; animated motion picture films and film series prepared for television and cinema featuring children's entertainment and animations; video and data recordings and carriers, namely, video tapes and DVDs featuring children's entertainment and animation; pre-recorded films incorporated into discs, DVDs, CDs, laser disks, video tapes and cassettes featuring children's entertainment and animation; video recordings and sound recordings featuring children's entertainment, comedy, drama and/or animation in electronic form downloadable from the Internet; downloadable publications in electronic form in the nature of books in the field of children's entertainment, comedy, drama and animations supplied on-line from |

| | | | computer databases, from the Internet or any other communications network; interactive video game programmes, computer game programmes, computer programmes for video and computer games; interactive multimedia software and associated electronic publications in the nature of books in the field of children's entertainment, comedy, drama and animation motion picture films recorded in computer media; downloadable audio and video recordings and files featuring music, comedy, drama, action/adventure and/or animation; computer programmes, namely, computer game software; in class 009. |
|---|---|---|---|
| | | | For: Entertainment services in the nature of on-going live action, comedy, drama and/or animated television programmes; presentations of theatrical performances by visual and audio performance of actors and musicians by live action and through animated films; production, preparation, presentation, distribution and rental of television and radio programmes and animated motion picture films; providing a website featuring |

| | | | non-downloadable presentations of videos featuring children's entertainment, comedy, drama and animated motion picture films; rental of motion picture and animated films, videos, DVDs, sound and visual records; education and entertainment services provided via the Internet or other computer or communications networks including wireless, cable or satellite, namely, children's entertainment in the nature of online video games and puzzles, online interactive children's stories, continuing children's programs; information relating to education and entertainment provided online from a computer data base or the Internet, namely, information in the fields of education and entertainment for children; electronic games services provided via a global computer network, namely, providing online electronic games; providing interactive multi-player computer games on-line via the Internet and electronic communications networks; in class 041. |
|---|---|---|---|

| 2,659,785 | PADDINGTON | Dec. 10, 2002 | For: Children's books, knitting, embroidery and clothing design patterns in class 016. |
| --- | --- | --- | --- |
| 4,428,149 | PADDINGTON | Nov. 05, 2013 | For: Calendars; diaries; notebooks; travel journals; stationery sets that also include graduated rulers sold as a set; erasers, pencil sharpeners, pencils, pens and graduated rulers sold as a set; children's activity books; book marks; paper coasters; coloring books; sticker books; coated cardboard coasters; and decorative posters in class 016. |
| 4,948,551 | PADDINGTON | May 03, 2016 | For: Motion picture films featuring children's entertainment and animation; cinematographic films featuring children's entertainment and animation; animated films featuring children's entertainment and animation; cinematographic films prepared for exhibition featuring children's entertainment and animation; motion picture films featuring children's entertainment and animation and downloadable programmes prepared for television featuring children's entertainment and animation; films and programmes prepared for |

| | | | cinema featuring children's entertainment and animation; video disks and video tapes with recorded animated cartoons; video and data recordings and carriers, including video tapes and DVDs, featuring children's entertainment and animation; downloadable video and audio content featuring children's entertainment and animation, images in the field of children's entertainment and animation, graphics in the field of children's entertainment and animation, and music provided by a telecommunications network, by on-line delivery and by way of the Internet or other computer or communications networks; pre-recorded films featuring children's entertainment and animation incorporated into discs, DVDs, CDs, laser discs, video tapes and cassettes; apparatus for the storage, reproduction, transmission or projection of sound and/or images, namely, blank digital storage media, multimedia projectors, televisions, mobile telephones, smart phones, computers, mp3 |
|---|---|---|---|

|  |  |  | players, portable electronic book readers; video recordings and sound recordings featuring children's entertainment, comedy, drama and/or animation in electronic form downloadable from the Internet; downloadable image files in the field of children's entertainment and animation; downloadable publications in electronic form, namely, books, magazines, journals and newsletters about children's entertainment, comedy, drama and/or animation supplied on-line from computer databases, from the Internet or any other communications network; electronic and computerised video game software; video games software; interactive software for watching, downloading, and streaming audio and video entertainment and associated computer hardware featuring entertainment; electronic publications recorded on computer media, namely, books, magazines, journals and newsletters about children's entertainment, comedy, drama and/or animation; downloadable electronic publications, namely, books, |
|---|---|---|---|

| | | | magazines, journals and newsletters about children's entertainment, comedy, drama and/or animation; downloadable audio and video recordings and files featuring music, comedy, drama, action, adventure and/or animation; computer programs being downloadable software for watching, downloading, streaming audio and video entertainment; downloadable ring tones in class 009. |
| | | | For: Leather and imitations of leather; leather boxes; trunks and travelling bags; luggage; suitcases; rucksacks; school bags; tote bags in class 018. |
| | | | For: Clothing, namely, t-shirts; sleepwear; pyjamas; scarves; costumes, namely, fancy dress costumes in the nature of costumes for children's entertainment; masquerade costumes; costumes for use in role-playing games; costumes for use in children's dress up play in class 025. |
| | | | For: Plush toys; fabric toys in the nature of stuffed toys; children's multiple activity toys; children's educational toys for developing fine motor, cognitive, oral |

language, numbers, counting skills, colors and alphabet skills, educational toys for teaching math principles to children, namely, manipulative blocks for displaying patterns and groupings; puzzles; jigsaw puzzles; manipulative games in class 028.

For: Advertising; business management; business administration; office functions; on-line retail store services, electronic shopping retail services in the nature of operating an on-line shopping site, and retail store services featuring motion picture films, cinematographic films, animated films, films prepared for exhibition, films and programmes prepared for television, films and programmes prepared for cinema, animated cartoons; on-line retail store services, electronic shopping retail services in the nature of operating an on-line shopping site, and retail store services featuring video and data recordings and carriers, including video tapes and DVDs, video and audio content, images, graphics and music provided by a telecommunications

| | | | network, by on-line delivery and by way of the Internet or other computer or communications networks, wired and wireless networks for use in downloading to wireless and hand held devices and mobile telephones; on-line retail store services, electronic shopping retail services in the nature of operating an on-line shopping site, and retail store services featuring pre-recorded films incorporated into discs, DVDs, CDs, laser discs, video tapes and cassettes, apparatus for the storage, reproduction, transmission or projection of sound and/or images, video recordings and sound recordings in electronic form downloadable from the Internet, downloadable image files; on-line retail store services, electronic shopping retail services in the nature of operating an on-line shopping site, and retail store services featuring publications in electronic form, supplied on-line from computer databases, from the Internet or any other communications network, electronic and computerised video games, video games |
|---|---|---|---|

| | | | software, interactive software and associated hardware featuring entertainment, electronic publications recorded on computer media, downloadable electronic publications; on-line retail store services, electronic shopping retail services in the nature of operating an on-line shopping site, and retail store services featuring downloadable audio and video recordings and files featuring music, comedy, drama, action, adventure and/or animation, computer programs downloadable software, downloadable ringtones; on-line retail store services, electronic shopping retail services in the nature of operating an on-line shopping site, and retail store services featuring books, magazines and comics, children's books, colouring books, children's activity books, pop-up books, activity books, printed publications, magazines journals, periodicals, comics, writing paper, printed matter, book bindings, stationery, pens, pencils, coloured pencils, erasers, rulers, pencil sharpeners, markers and |
|---|---|---|---|

| | | | crayons, chalk and chalkboards, pencil cases, pencil holders; on-line retail store services, electronic shopping retail services in the nature of operating an on-line shopping site, and retail store services featuring pictures, photographs and prints, adhesives for stationery or household purposes, artists' materials, paint brushes, printing stamps and ink pads, painting sets for children, arts, crafts and modelling equipment, modeling clay, modeling materials for use by children, memo and notice boards, instructional and teaching materials, decalcomanias and stickers, heat transfers; on-line retail store services, electronic shopping retail services in the nature of operating an on-line shopping site, and retail store services featuring book ends, paper weights, height charts, writing materials, bookplates, typewriters, office requisites, printers' type, printing blocks, book covers, booklets, envelopes, notebooks, albums, almanacs, autograph books, address books, calendars, diaries, personal organisers, |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | | greetings cards, postcards, blank cards, Christmas cards, gift cards, book marks, labels, note cards; on-line retail store services, electronic shopping retail services in the nature of operating an on-line shopping site, and retail store services featuring trading cards, flash cards, trivia cards, lithographs, posters, wrapping paper, gift tags, paper gift bags, table cloths of paper, table mats of paper, cardboard and card, paper coasters, table napkins of paper, tissues, paper towels, tissue paper, toilet paper, paper party decorations, party stationery, party paper bags, paper coasters, paper doilies, crepe paper, crepe paper streamers; on-line retail store services, electronic shopping retail services in the nature of operating an on-line shopping site, and retail store services featuring banners of paper, invitations, printed tickets, paper cake decorations, maps, charts, papier mâché, papier mâché statuettes, paper flags, packaging materials, bags made of paper for packaging, bags made of plastics for |

| | | | packaging, bottle wrappers of cardboard or paper, packaging cartons of cardboard, plastic materials for packaging; on-line retail store services, electronic shopping retail services in the nature of operating an on-line shopping site, and retail store services featuring printed patterns, printed patterns for costumes, pyjamas, sweatshirts and t-shirts, embroidery design patterns, knitting, embroidery and clothing patterns, leather and imitations of leather, animal skins, hides, leather boxes, leather covers, trunks and travelling bags, luggage, suitcases, rucksacks, school bags, duffle bags, holdalls, tote bags, beach bags, handbags; on-line retail store services, electronic shopping retail services in the nature of operating an on-line shopping site, and retail store services featuring purses, wallets, umbrellas and parasols, walking sticks, harness and saddlery, household or kitchen utensils and containers, plates, cups, saucers, mugs, jugs, pots, dishes, bowls, glasses, drinking vessels and barware, napkin rings, |
|---|---|---|---|

| | | | coasters being tableware, paper plates, rubber gloves for domestic use, plastic egg holders for domestic use, laundry hampers for domestic or household use; on-line retail store services, electronic shopping retail services in the nature of operating an on-line shopping site, and retail store services featuring trays for domestic use, waste bins for household use, soap boxes, picnic boxes, lunch boxes, bread boxes, bottles, cosmetic utensils, toilet utensils, combs and sponges, brushes except paintbrushes, brush-making materials, articles for cleaning purposes, unworked or semi-worked glass except glass used in building, glassware, porcelain and earthenware not included in other classes; on-line retail store services, electronic shopping retail services in the nature of operating an on-line shopping site, and retail store services featuring statues, figurines, plaques and works of art, made of materials such as porcelain, terra-cotta or glass, included in the class, ceramic ornaments, glassware not included in |
|---|---|---|---|

| | | | other classes, chinaware, money boxes, baby bathtubs, clothing, t-shirts, sweatshirts, sweaters, dresses, skirts, blouses, knitwear, dungarees, jogging suits, trousers, jeans, pants, shorts, tank tops; on-line retail store services, electronic shopping retail services in the nature of operating an on-line shopping site, and retail store services featuring coats, jackets, anoraks, rainwear, raincoats, rainproof jackets, snow suits, sleepwear, pyjamas, lingerie, underwear, socks, slipper socks, footwear, boots, wellington boots, shoes, slippers, sneakers, sandals, booties, headgear, hats, caps, swimming caps, scarves, gloves, mittens, aprons, tabards, robes, tights, ties, fabric belts, waist belts, belts made of leather, suspenders; on-line retail store services, electronic shopping retail services in the nature of operating an on-line shopping site, and retail store services featuring sun visors, swimwear, cloth bibs, costumes, fancy dress costumes, masquerade costumes, costumes for use in role-playing games, toys, |
|---|---|---|---|

|  |  |  | games, playthings and novelties, plush toys, fabric toys, bathtub toys, inflatable toys, children's multiple activity toys, ride-on toys, ride-on toy vehicles, playing cards, card games, toy vehicles, board games, educational playthings, puzzles, jigsaw puzzles; on-line retail store services, electronic shopping retail services in the nature of operating an on-line shopping site, and retail store services featuring manipulative games, electronic learning games, parlor games, pinball machines, hand held video games, hand-held electronic games, electronic games, electronic toys, handheld computer games, radio-controlled toys, climbing slides being play apparatus for children, children's playhouses, play structures for children, mobiles toys, rattles playthings, toy blocks, playing balls; on-line retail store services, electronic shopping retail services in the nature of operating an on-line shopping site, and retail store services featuring dolls, puppets, doll costumes, toy hats, paper party hats, sporting articles |
|---|---|---|---|

|  |  |  | and equipment, gymnastic and sporting articles not included in other classes, decorations for Christmas trees, balloons, costumes being childrens' playthings, play swimming pools, swimming floats, swimming equipment, toy banks, snow globes, toy torches not working, toy camping apparatus; on-line retail store services, electronic shopping retail services in the nature of operating an on-line shopping site, and retail store services featuring toy cameras not capable of taking a photograph, confetti, paper face-masks, face masks being playthings, meat, fish, poultry and game, meat extracts, preserved, frozen, dried and cooked fruits and vegetables, tinned fruits, jellies, jams, compotes, fruit and vegetable spreads, marmalades, fruit marmalade, peanut butter, eggs, milk and milk products, dairy products and dairy substitutes; on-line retail store services, electronic shopping retail services in the nature of operating an on-line shopping site, and retail store services featuring yoghurts, cheese, cheese |
|---|---|---|---|

|  |  |  | products, butter, margarine, edible oils and fats, preserves, pickles, potato-based snack foods, potato crisps in the form of snack foods, crisps, fruit-based snack food, stock, stock cubes, coffee, tea, cocoa and artificial coffee, rice, tapioca and sago, flour and preparations made from cereals, bread, edible ices, sugar, honey, treacle, yeast, baking-powder; on-line retail store services, electronic shopping retail services in the nature of operating an on-line shopping site, and retail store services featuring salt, mustard, vinegar, sauces being condiments, spices, flavourings and seasonings, fruit sauces, salad dressings, sauces, ice, confectionery, chocolate, sweets being candy, boiled sweets, candy bars and chewing gum, easter eggs, chocolate spreads, pastries, cakes, tarts and biscuits being cookies, rice crisps, ice cream, breakfast cereals, porridge and grits, corn flakes in class 035. For: Educational services, namely, conducting programs featuring recreational activities, literacy training, art events, |
|---|---|---|---|

| | | | and sporting events for children, providing on-line interactive children's stories, conducting online educational programs in the field of reading comprehension, science, math, colors, numbers, and alphabet via an interactive website; and operating an interactive website to provide interactive games for children; providing classes, seminars, workshops and conferences in the field of children's education; organizing community sporting and cultural events; entertainment services in the nature of continuing live-action, comedy, drama and/or animated television programmes; theatrical performances both animated and live action, namely, movie theaters, cinema theaters, entertainment in the nature of theatre productions; production and rental of television and radio programmes and films, animated films, videos, DVDs, computer games and sound and/or visual recordings; distribution of television and radio programmes and motion picture films, animated films; publication of printed |
|---|---|---|---|

| | | | media and recordings, namely, publication of printed matter, digital video, audio and multimedia publishing services; arranging and conducting exhibitions, shows and tours, all for entertainment purposes, namely, arranging and organizing exhibitions and live performances in the field of children's entertainment; entertainment services provided via the Internet or other computer or communications networks including wireless, cable or satellite, namely, children's entertainment in the nature of online computer games, video games and puzzles, online interactive stories; information relating to education and entertainment provided on-line from a computer database or the internet; electronic games services provided via a global computer network; providing on-line non-downloadable or non-streamable publications, namely, books, magazines, journals and newsletters in the field of children's entertainment; on-line publication of non-downloadable electronic books and journals; |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | | providing interactive multi-player computer games via the Internet and electronic communication networks; organising and conducting entertainment, games and competitions, namely, video games competitions, provision of an interactive website in the field of children's entertainment, the organization of live show performances, character appearances, and drawing competitions; amusement and theme park services; providing of training in the field of children's entertainment and education; arranging and conducting of outdoor and indoor live entertainment and sporting events in the nature of live musical performances, soccer games, outdoor festivals, performances and concerts in the field of children's entertainment; providing online non-downloadable ring tones in class 041. |
| 1,431,281 | PADDINGTON STN | Mar. 03, 1987 | For: Stuffed toys in class 028. |

| | | | |
|---|---|---|---|
| 6,920,301 |  | Dec. 13, 2022 | For: Motion picture films featuring children's entertainment; exposed cinematographic films; animated motion picture films featuring children's entertainment; motion picture films featuring children's entertainment and animation cartoons prepared for exhibition; motion picture films and films prepared for television featuring animated cartoons; prerecorded magnetic data carriers featuring animated cartoons; Prerecorded video tapes and dvds featuring animated cartoons; video and audio content, images, graphics and music provided by a telecommunications network, by on-line delivery and by way of the internet or other computer or communications networks, namely, downloadable ring tones, music and electronic games via the internet and wireless devices; prerecorded discs, dvds, cds, laser discs, video tapes and cassettes all featuring motion picture films featuring children's entertainment; apparatus for the recording, transmission and reproduction of sound and images; video recordings and sound |

| | | | recordings in electronic form downloadable from the internet, namely, downloadable music videos; downloadable image files in the field of children's animated cartoon characters; downloadable publications, namely, books, magazines, journals and newsletters in the field of children's entertainment, comedy, drama and animation; dowloadable computer programs for video and computer games; downloadable video game software; downloadable interactive video game software and associated computer hardware; electronic publications recorded on computer media, namely, books, magazines, journals and newsletters in the field of children's entertainment, comedy, drama and animation; downloadable electronic publications, namely, books, magazines, journals and newsletters in the field of children's entertainment, comedy, drama and animation; downloadable audio and video recordings featuring comedy, drama, action, adventure and animation films; downloadable music |
|---|---|---|---|

| | | | files; downloadable computer game programs, for children's entertainment featuring audio and video entertainment; downloadable video game software for children's entertainment featuring audio and video entertainment; downloadable ring tones in class 009. |
| | | | For: Printed comic books; printed children's books; printed coloring books; printed children's activity books; printed children's pop-up story books and activity books; printed publications, namely, books, magazines, newsletters and journals in the field of children's entertainment, animation and cartoons; printed periodicals in the field of movies; printed comics; writing paper; printed matter, namely, greeting cards; stationery; pens; pencils; colored pencils; erasers; ungraduated rulers; drawing rulers; pencil sharpeners; markers and crayons; chalk and chalkboards; pencil cases; pencil holders; pictures in the nature of drawings, framed art pictures and printed lithographs; printed |

| | | | photographs and prints in the nature of printed lithographs; adhesives for stationery or household purposes; artists' materials in the nature of molds for modeling clays; paint brushes; ink stamps and ink pads; painting sets for children; arts and crafts clay modelling kits; modeling clay; modeling clay for use by children; memorandum boards; printed instructional and teaching materials in the field of reading comprehension, science, math, numbers and alphabet; decalcomanias and stickers; heat transfer paper; book ends; paper weights; printed charts for displaying data about human height; writing materials, namely, fountain pens; book plates; typewriters; office requisites, namely, paper hole punches, staplers, rubber bands and adhesive tape dispensers; printers' type; printing blocks; book covers; printed booklets in the field of children's entertainment and education; envelopes; paper and wire-bound notebooks; albums for coins, photographs, stamps and stickers; printed almanacs; printed autograph books; |
|---|---|---|---|

| | | | printed address books; printed calendars; printed diaries; personal organizers; printed greetings cards; printed postcards; blank notecards; printed Christmas cards; non-pinically encoded gift cards; book marks; paper labels; printed note cards; printed collectible non-sports trading cards; printed flash cards in the field of spelling; printed trivia cards other than for games; lithographs; printed posters; wrapping paper; paper gift tags; paper gift bags; table cloths of paper; table mats of paper; cardboard; paper coasters; table napkins of paper; facial tissues; paper towels; tissue paper; toilet paper; paper party decorations; party stationery, namely, printed invitation cards; paper party bags; paper doilies; crepe paper; banners of paper; printed invitations; printed tickets; paper cake decorations; printed maps; paper mache; paper mache figurines; paper flags; packaging materials, namely, bags made of paper for packaging, bags made of plastics for packaging, bottle wrappers of cardboard or paper, packaging cartons of cardboard; plastic materials |
| --- | --- | --- | --- |

for packaging, namely
plastic film; printed sewing
patterns; printed patterns for
making costumes, pajamas,
sweatshirts and t-shirts;
printed embroidery design
patterns; printed patterns for
knitting, embroidery and
sewing clothing in class
016.

For: Leather and imitations
of leather; animal skins,
hides; travelling trunks and
travelling bags; luggage;
suitcases; rucksacks; school
bags; duffle bags; holdalls;
tote bags; beach bags;
handbags; purses; wallets;
umbrellas and parasols;
walking sticks; harness and
saddlery in class 018.

For: Household or kitchen
utensils and containers,
namely, plates, cups,
saucers, mugs, jugs, pots,
dishes, bowls, knives,
cooking and serving forks,
cooking and serving spoons,
chopsticks, drinking glasses,
drinking vessels and
barware in the nature of
bottle openers, ice buckets,
cocktail shakers,
corkscrews, beverage
stirrers, seltzer bottles and
ice scoops; napkin rings;
coasters not of paper and
other than textile; paper
plates; rubber gloves for

|  |  |  | domestic use; plastic egg holders for domestic use; laundry hampers for domestic or household use; trays for domestic use; waste bins for household use; soap boxes; picnic baskets sold empty; lunch boxes; bread boxes; bottles sold empty; cosmetic utensils, namely, non-woven fabric wipes, cosmetic brushes, cosmetic brushes and spatulas; toilet brushes and toilet brush holders; hair combs; bath sponges; hair, nail and tooth brushes; lint brushes; shaving brushes; brush-making materials; articles for cleaning purposes, namely, cleaning cloths, steel wool, cleaning sponges, mops and brooms; unworked or semi-worked glass other than building glass; statues, figurines plaques and works of art of glassware, porcelain and earthenware; ceramic figurines; beverage glassware; chinaware, namely, china ornaments; money boxes, namely, piggy banks; baby bathtubs in class 021. |
| --- | --- | --- | --- |
|  |  |  | For: Clothing, namely, t-shirts, sweatshirts, sweaters, dresses, skirts, and blouses; knitwear, namely, jumpers in the nature of sweaters; |

| | | | shirts and pants; dungarees; jogging suits; trousers; jeans; pants; shorts; tank tops; coats; jackets; anoraks; rainwear; raincoats; rainproof jackets; snow suits; sleepwear; pajamas; lingerie; underwear; socks; slipper socks; footwear; boots; wellington boots; shoes; slippers; sneakers; sandals; booties; headwear; hats; baseball caps; swimming caps; scarves; gloves; mittens; aprons; tabards; robes; tights; ties being clothing; fabric belts; waist belts; belts made of leather; suspenders; sun visors being headwear; swimwear; cloth bibs; swimming costumes; dance costumes; Halloween costumes; fancy dress costumes, namely, masquerade costumes; costumes for use in role-playing games in class 025. |
| | | | For: Toys, games, playthings and novelties, namely, plush toys, fabric toys being dolls, bathtub toys, inflatable toys, children's multiple activity toys, ride-on toys, ride-on toy vehicles, playing cards, card games, toy vehicles, and board games; educational playthings, namely, puzzles, jigsaw |

| | | | puzzles, manipulative games, electronic learning games for the teaching of children; parlor games; pinball machines; hand held joy stick units for playing video games; hand held units for playing electronic games; electronic educational game machines for children; radio-controlled toy vehicles; playground equipment, namely, climbing slides for children; children's play houses; playground equipment, namely, outdoor play structures for children; toy mobiles; baby rattles; toy building blocks; play balls; dolls; puppets; doll costumes; toy hats; paper party hats; sporting articles and equipment, namely, soccer balls, sport balls, tennis rackets, gymnastic training stools, roller skates and skipping ropes; gymnastic apparatus; decorations for Christmas trees other than confectionery or lights; balloons; costumes for dolls; play swimming pools; swimming floats; swimming equipment, namely, racing lanes and starting blocks, flippers for swimming, swimming belts, swimming jackets and swimming kick |

boards; play money; snow globes; toy torches being toy flashlights that do not emit light; toy camping apparatus in the nature of play tents; toy cameras not capable of taking a photograph; confetti; paper face masks being toy masks; face masks being playthings; crepe paper streamers in class 028.

For: Meat, fish, poultry and game, not live; meat extracts; preserved, frozen, dried and cooked fruits and vegetables; tinned fruits; jellies, jams, compotes, fruit and vegetable spreads; marmalades; fruit marmalade; peanut butter; eggs; milk and milk products excluding ice cream, ice milk and frozen yogurt; dairy products, namely, cheese; dairy substitutes, namely, artificial cream and non-dairy creamer; yoghurts; cheese; cheese substitutes; cheese products, namely, cheese spreads and cheese dips; butter; margarine; edible oils and fats; meat and fish preserves, preserved fruits and vegetables; pickles; potato-based snack foods; potato crisps in the form of snack foods; nut-based snack foods, namely, nut crisps; fruit-based snack

| | | | | food; stock; stock cubes in class 029.

For: Coffee, tea, cocoa and artificial coffee; rice; tapioca and sago; flour; cereal-based snack foods; breakfasts cereals and cereal bars; bread and pastry; confectionery namely chocolate confectionery and candy; edible ices; sugar, honey, treacle; yeast, baking-powder; salt; mustard; vinegar; condiments, namely, prepared horseradish, oyster sauce, and pepper sauce; spices; food flavorings and seasonings other than essential oils; fruit sauces excluding cranberry sauce and applesauce; salad dressings; sauces; ice; chocolate; sweets; boiled sweets; candy bars and chewing gum; candy in the form of Easter eggs; chocolate spreads; pastries, cakes, tarts and biscuits and cookies; rice crisps; ice cream; breakfast cereals, porridge and grits; corn flakes in class 030.

For: Advertising; business management; business administration; office functions; online retail store services and online retail ordering services featuring |

| | | | motion picture films, cinematographic films, animated films, films prepared for exhibition, films and programs prepared for television and cinema, animated cartoons, video and data recordings, video tapes and dvds, videos, apparatus for the storage, reproduction, transmission and projection of sound and images, video recordings and sound recordings in electronic form downloadable from the internet, downloadable image files, electronic publications, electronic and computerized video games, video game software, interactive software and associated computer hardware featuring entertainment, electronic publications recorded on computer media, downloadable electronic publications, downloadable audio and video recordings and files featuring music, comedy, drama, action, adventure and animation, computer programs, downloadable software, downloadable ring tones, books, magazines and comics, children's books, colouring books, children's activity books, pop-up |
|---|---|---|---|

|  |  |  | books, activity books, printed publications, magazines, journals, periodicals, comics, writing paper, book bindings, stationery, pens, pencils, coloured pencils, erasers, rulers, pencil sharpeners, markers and crayons, chalk and chalkboards, pencil cases, pencil holders, pictures, photographs and prints, adhesives for stationery or household purposes, artists' materials, paint brushes, ink stamps and ink pads, painting sets for children, arts, crafts and modelling equipment, modeling clay, modeling materials for use by children, memo and notice boards, printed instructional and teaching materials in the field of reading comprehension, science, math, numbers and alphabet, decalcomanias and stickers, heat transfers, book ends, paper weights, height charts, writing paper, book plates, typewriters, office requisites, printers' type, printing blocks, book covers, booklets, envelopes, notebooks, albums, almanacs, autograph books, address books, calendars, diaries, personal organizers, greetings cards, postcards, |
|---|---|---|---|

| | | | blank cards, Christmas cards, gift cards, book marks, labels, note cards, trading cards, flash cards, trivia cards, lithographs, posters, wrapping paper, gift tags, paper gift bags, table cloths of paper, table mats of paper, cardboard, paper coasters, table napkins of paper, tissues, paper towels, tissue paper, toilet paper, paper party decorations, party stationery, party paper bags, paper doilies, crepe paper, crepe paper streamers, banners of paper, invitations, printed tickets, paper cake decorations, maps, charts, paper mache, paper mache statuettes, paper flags, packaging materials, bags made of paper for packaging, bags made of plastics for packaging, bottle wrappers of cardboard or paper, packaging cartons of cardboard, plastic materials for packaging, printed patterns, printed patterns for costumes, pajamas, sweatshirts and t-shirts, embroidery design patterns, knitting, embroidery and clothing patterns, leather and imitations of leather, animal skins, hides, trunks and travelling bags, luggage, suitcases, rucksacks, school |

| | | | bags, duffle bags, holdalls, tote bags, beach bags, handbags, purses, wallets, umbrellas and parasols, walking sticks, harness and saddlery, household or kitchen utensils and containers, plates, cups, saucers, mugs, jugs, pots, dishes, bowls, glasses, drinking vessels and barware, napkin rings, coasters, paper plates, rubber gloves for domestic use, plastic egg holders for domestic use, laundry hampers for domestic or household use, trays for domestic use, waste bins for household use, soap boxes, picnic boxes, lunch boxes, bread boxes, bottles, cosmetic utensils, toilet utensils, combs and sponges, brushes except paintbrushes, brush-making materials, articles for cleaning purposes, unworked or semi-worked glass except glass used in building, statues and figurines and plaques and works of art made of porcelain, terra-cotta and glass, ceramic ornaments, glassware, chinaware, money boxes, baby bathtubs, clothing, t-shirts, sweatshirts, sweaters, dresses, skirts, blouses, |
|---|---|---|---|

| | | | knitwear, dungarees, jogging suits, trousers, jeans, pants, shorts, tank tops, coats, jackets, anoraks, rainwear, raincoats, rainproof jackets, snow suits, sleepwear, pajamas, lingerie, underwear, socks, slipper socks, footwear, boots, wellington boots, shoes, slippers, sneakers, sandals, booties, headgear, hats, caps, swimming caps, scarves, gloves, mittens, aprons, tabards, robes, tights, ties, fabric belts, waist belts, belts made of leather, suspenders, sun visors, swimwear, cloth bibs, costumes, fancy dress costumes, masquerade costumes, costumes for use in role-playing games, toys, games, playthings and novelties, plush toys, fabric toys, bathtub toys, inflatable toys, children's multiple activity toys, ride-on toys, ride-on toy vehicles, playing cards, card games, toy vehicles, board games, educational playthings, puzzles, jigsaw puzzles, manipulative games, electronic learning games, parlor games, pinball machines, hand held video games, hand-held electronic games, electronic games, electronic toys, handheld |
|---|---|---|---|

| | | | computer games, radio-controlled toys, climbing slides being play apparatus for children, children's playhouses, play structures for children, toy mobiles, rattles, toy blocks, playing balls, dolls, puppets, doll costumes, toy hats, paper party hats, sporting articles and equipment, gymnastic and sporting articles, decorations for Christmas trees, balloons, costumes being children playthings, play swimming pools, swimming floats, swimming equipment, toy banks, snow globes, toy torches not working, toy camping apparatus, toy cameras not capable of taking a photograph, confetti, paper face masks, face masks being playthings, meat, fish, poultry and game, meat extracts, preserved, frozen, dried and cooked fruits and vegetables, tinned fruits, jellies, jams, compotes, fruit and vegetable spreads, marmalades, fruit marmalade, peanut butter, eggs, milk and milk products, dairy products and dairy substitutes, yoghurts, cheese, cheese products, butter, margarine, edible oils and fats, fruit preserves, pickles, potato-based snack |
|---|---|---|---|

|  |  |  | foods, potato crisps in the form of snack foods, fruit-based snack food, stock, stock cubes, coffee, tea, cocoa and artificial coffee, rice, tapioca and sago, flour and cereal based snack food, bread, pastry and confectionery, edible ices, sugar, honey, treacle, yeast, baking-powder, salt, mustard, vinegar, sauce condiments, spices, food flavorings and seasonings, fruit sauces, salad dressings, sauces, ice, confectionery, chocolate, sweets, boiled sweets, candy bars and chewing gum, chocolate candy in the form of Easter eggs, chocolate spreads, pastries, cakes, tarts and biscuits, rice crisps, ice cream, breakfast cereals, porridge and grits and corn flakes in class 035.

For: Education services, namely, conducting programs in the field of physical exercise and the arts featuring recreational activities, literacy training, art events and sporting events for children; educational services, namely, providing on-line classes in the field of social development for children that also feature interactive children's stories; |
|---|---|---|---|

| | | | entertainment services, namely providing a website featuring photographic, audio, video, and prose presentations featuring children's education; providing online interactive games for children including educational games; providing classes, seminars, workshops and conferences in the field of children's education; organizing community sporting and cultural events; entertainment services, namely, continuing television programs featuring live action, comedy, drama and animated cartoons broadcast over television, satellite, audio and video media; entertainment in the nature of theater productions featuring live action and animation; production and distribution of television and radio programs, motion picture films and animated films; production and distribution of videos in the field of children's entertainment; production of musical sound recordings; rental of films, animated films, videos, DVDs and computer games; publication of printed matter; arranging and |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | | conducting guided walking tours for recreational purposes; organizing exhibitions for entertainment purposes; organization of live shows, namely stand-up comedy and theatrical show performances for entertainment purposes; conducting live educational computer training seminars; providing information about education and entertainment via online from a computer database and the internet; electronic games services provided via a global computer network; providing online non-downloadable publications, namely, electronic books and journals in the field of children's entertainment, reading comprehension, science, math, numbers and alphabet; entertainment services, namely, providing temporary use of non-downloadable interactive multi-player games via the internet and electronic communication networks; organizing and conducting entertainment, games and competitions, namely, video games competitions, provision of an interactive website featuring information and links |

| | | | relating to children's entertainment, organization of live musical performances, personal appearances by fictional television and movie characters, and art competitions in the field of drawing; amusement park and theme park services; providing of training in the field of children's entertainment and education; providing movie showings, live musical performances, soccer games, performances and concerts in the field of children's entertainment in outdoor and indoor venues; providing online non-downloadable ring tones in class 041. |
| --- | --- | --- | --- |
| 1,406,885 | PLEASE looK after this BEAR THANK YOU. | Aug. 26, 1986 | For: STUFFED TOYS in class 028. |

This Court also finds that the injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of the Motion and in support of Plaintiff's previously granted Motion for Entry of a Temporary Restraining Order establishes that Plaintiff has demonstrated a

likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a prima facie case of trademark infringement because (1) the Paddington Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the Paddington Trademarks, and (3) Defendants' use of the Paddington Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized use of the Paddington Trademarks irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions.

As such, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

    a. using the Paddington Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not Plaintiff's genuine product or not authorized by Plaintiff to be sold in connection with the Paddington Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as Plaintiff's genuine product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Paddington Trademarks;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the Paddington Trademarks and damaging Paddington's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear the Paddington Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof.

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Seller Aliases, including, without limitation, any online marketplace platforms such as AliExpress.com ("AliExpress"), Amazon.com, Inc. ("Amazon"), Etsy, Inc. ("Etsy"), Pixels.com, LLC d/b/a Fine Art America ("Fine Art America"), Fruugo.com Limited ("Fruugo"), Printerval.com ("Printerval"), Redbubble Limited ("Redbubble"), TP Apparel LLC ("Teepublic"), WhaleCo, Inc. ("Temu"), and Walmart, Inc. ("Walmart") (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to

Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Seller Aliases and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Seller Aliases; and

c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, AliExpress, Amazon, Etsy, Fine Art America, Fruugo, Printerval, Payoneer Global, Inc. ("Payoneer"), PayPal, Inc. ("PayPal"), Stripe, Inc. ("Stripe"), Redbubble, Teepublic, Temu, and Walmart, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon Plaintiff's request, those with notice of the injunction, including the Third Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with

Defendants in connection with the sale of counterfeit and infringing goods using the Paddington Trademarks.

4. Defendants shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. Any Third Party Providers, including AliExpress, Amazon, Etsy, Fine Art America, Fruugo, Printerval, Payoneer, PayPal, Stripe, Redbubble, Teepublic, Temu, and Walmart, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to the Defendants' Seller Aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Stewart Miller, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. Plaintiff is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

   a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses; and

   b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Seller Aliases and Defendants' financial accounts,

including a full accounting of Defendants' sales and listing history related to their Seller Aliases.

7. Plaintiff is authorized to issue the expedited discovery requests authorized by Paragraph 6 via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

8. Plaintiff may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to any e-mail addresses identified in Exhibit 2 to the Declaration of Stewart Miller and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

9. Schedule A to the Complaint [2], Exhibit 2 to the Declaration of Stewart Miller [15], and the TRO [20] are unsealed.

10. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

11.     The ten thousand dollar ($10,000) bond posted by Plaintiff shall remain with the Court

until a Final disposition of this case or until this Preliminary Injunction is terminated.


IT IS SO ORDERED.


Date: May __21_, 2025

_Elaine E. Bucklo_____

Elaine E. Bucklo
United States District Judge

**Paddington & Company Ltd. v. The Partnerships and Unincorporated Associations
Identified on Schedule "A" – Case No. 25-cv-03773**

**Schedule A**

| No. | Seller Alias | URL |
|-----|--------------|-----|
| 1 | 2024 NEW FASHION Store | https://www.aliexpress.com/store/1103865761 |
| 2 | ALIEX PREESS B108 Store | https://www.aliexpress.com/store/1103941323 |
| 3 | Cute Children Clothes Store | https://www.aliexpress.com/store/1102684448 |
| 4 | HEIKA PC14 Store | https://www.aliexpress.com/store/1103847094 |
| 5 | Izagic Bags Store | https://www.aliexpress.com/store/1100877526 |
| 6 | DISMISSED | DISMISSED |
| 7 | Relax Time Store | https://www.aliexpress.com/store/1102474227 |
| 8 | Sawyer Store | https://www.aliexpress.com/store/1406588 |
| 9 | Shop1102650433 Store | https://www.aliexpress.com/store/1102650433 |
| 10 | Shop1102735121 Store | https://www.aliexpress.com/store/1102737110 |
| 11 | Shop1102841553 Store | https://www.aliexpress.com/store/1102845541 |
| 12 | Shop1102883199 Store | https://www.aliexpress.com/store/1102879246 |
| 13 | Shop1102901509 Store | https://www.aliexpress.com/store/1102903474 |
| 14 | Shop1102904454 Store | https://www.aliexpress.com/store/1102902496 |
| 15 | Shop1102994667 Store | https://www.aliexpress.com/store/1102999656 |
| 16 | Shop1103205871 Store | https://www.aliexpress.com/store/1103202897 |
| 17 | Shop1103645158 Store | https://www.aliexpress.com/store/1103654006 |
| 18 | Shop1103754421 Store | https://www.aliexpress.com/store/1103747460 |
| 19 | Shop1103781237 Store | https://www.aliexpress.com/store/1103781238 |
| 20 | Shop1103836687 Store | https://www.aliexpress.com/store/1103845646 |
| 21 | Shop1103936112 Store | https://www.aliexpress.com/store/110394 |

| | | |
|---|---|---|
| | | 4090 |
| 22 | Shop1104003302 Store | https://www.aliexpress.com/store/1104003302280 |
| 23 | Yeshancen Store | https://www.aliexpress.com/store/1102923106 |
| 24 | YO~YO Store | https://www.aliexpress.com/store/5142058 |
| 25 | shanghaiqichengkejifuwuyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=AZIGYAWF61WVE |
| 26 | ZWT Poster Shop | https://www.amazon.com/sp?ie=UTF8&seller=A46Q7S9JEB8TS |
| 27 | CardoonStore | https://www.etsy.com/shop/CardoonStore |
| 28 | EsanEmbroidery | https://www.etsy.com/shop/EsanEmbroidery |
| 29 | MockUps123 | https://www.etsy.com/shop/MockUps123 |
| 30 | NotJustNanasKnit | https://www.etsy.com/shop/NotJustNanasKnit |
| 31 | PetitePaperieUK | https://www.etsy.com/shop/PetitePaperieUK |
| 32 | UnlimitedArtByCourt | https://www.etsy.com/shop/UnlimitedArtByCourt |
| 33 | WonkyCow | https://www.etsy.com/shop/WonkyCow |
| 34 | Aisha Brakus | https://fineartamerica.com/profiles/aisha-brakus |
| 35 | Zhangzhoushi HonghaiDianzishangwuYouxiangongsi | https://www.fruugo.us/search?merchantId=13392 |
| 36 | Airpears | https://www.airpears.com/ |
| 37 | artsshoping | https://www.artsshoping.com/ |
| 38 | artswardrobe | https://www.artswardrobe.com/ |
| 39 | caedice | https://www.caedice.com/ |
| 40 | Coodeals | https://www.coodeals.com/ |
| 41 | designmgo | https://www.designmgo.com |
| 42 | DORISTINO | https://doristino.com/ |
| 43 | fansells | https://www.fansells.com |
| 44 | Fanwells | https://www.fanwells.com/ |
| 45 | Numeralpaint | https://numeralpaint.com/ |
| 46 | offer-toy | https://www.offer-toy.com/ |
| 47 | ReverLavie | https://reverlavie.com/ |
| 48 | rockyrecs | https://www.rockyrecs.com/ |
| 49 | saariley | https://www.saariley.com |
| 50 | Seseable | https://seseable.com/ |
| 51 | sistary | https://sistary.com/ |

| 52 | Spread T-shirt | https://spreadt-shirt.com/ |
|----|----------------|----------------------------|
| 53 | sunaturehome | https://www.sunaturehome.com/ |
| 54 | TokoPyramid | https://tokopyramid.com |
| 55 | yornprints | https://yornprints.com/ |
| 56 | Aalexandebernardurs | https://printerval.com/shops/aalexandebernardurs |
| 57 | Anthea Turks & Caicos Islands Finch | https://printerval.com/shops/anthea-turks-caicos-islands-finch-s1714 |
| 58 | GallardandHolland | https://printerval.com/shops/gallardandholland |
| 59 | PufnicaDesign | https://www.redbubble.com/people/pufnicadesign/shop |
| 60 | Splatter-arts | https://www.redbubble.com/people/splatter-arts/shop |
| 61 | Yvonne Flannery | https://www.teepublic.com/user/yvonne-flannery |
| 62 | Soak up the studio | https://www.temu.com/soak-up-the-studio-m-634418214662041.html |
| 63 | KEKAIFAN | https://www.walmart.com/seller/102551725 |
| 64 | KenGifts | https://www.walmart.com/seller/102584119 |
| 65 | yangsen | https://www.walmart.com/seller/101613999 |
| 66 | Shop1102999423 Store | https://www.aliexpress.com/store/1102994455 |
| 67 | Barbara Acat | https://www.amazon.com/sp?ie=UTF8&seller=A25SY1HNTP6QLN |
| 68 | yongjipeixingwangluojishuyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=AH3IJ97PTRHHH |
| 69 | alanduo | https://www.alanduo.com |
| 70 | Diamondpaint.uk | https://diamondpaint.uk/ |
| 71 | Diamondpaintingskit.shop | https://diamondpaintingskit.shop |
| 72 | idPoster | https://idposter.com/ |
| 73 | Prostargift | https://prostargift.com/ |