# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PADDINGTON & COMPANY LTD., <br><br> Plaintiff, <br><br> v. <br><br> 2024 NEW FASHION Store, et al., <br><br> Defendants. | Case No. 25-cv-03773 <br><br> **Judge Elaine E. Bucklo** <br><br> **Magistrate Judge Heather K. McShain** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Paddington & Company Ltd. hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Seller Alias | Schedule A Line No. |
|---|---|
| caedice | 39 |
| fansells | 43 |
| rockyrecs | 48 |
| saariley | 49 |
| sunaturehome | 53 |
| alanduo | 69 |

Dated this 18th day of July 2025.         Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Paddington & Company Ltd*

1